COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00546-CV |
| Style: | Jerry Valdez v. Progressive County Mutual Insurance Company and Robert Stratton |
| Date motion filed*: | September 2, 2014 |
| Type of motion: | Motion for Extension of Time to File the Clerk's Record |
| Party filing motion: | Appellant |
| Document to be filed: | Clerk's Record |

If motion to extend time:

| | |
|---|---|
| Original due date: | July 9, 2014 |
| Number of extensions granted: | 1    Current Due date: September 15, 2014 |
| Date Requested: | September 23, 2014 |

Ordered that motion is:

□ Granted in part

□ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

□ Other: _____

> **Pursuant to Texas Rule of Appellate Procedure 35.3(a), the trial clerk is responsible for timely filing the clerk's record. On July 16, 2014, the Clerk of this Court granted the trial clerk's extension request to file the clerk's record by August 8, 2014. On August 15, 2014, the Clerk of this Court notified the trial clerk to file the record by September 15, 2014, or to request an extension. On September 16, 2014, the trial clerk filed a notification that appellant had not paid for the record. Accordingly, because the trial clerk has notified this Court that appellant has yet to pay for the record, appellant's motion is dismissed as moot.**

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
☒ Acting individually

Date: September 18, 2014

November 7, 2008 Revision